**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00561-CR

### MICHAEL RICHARD DURHAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-84383-2016

## ORDER

We **REINSTATE** this appeal.

On October 10, 2017, we abated this case for a hearing on the reporter's record. The following day, court reporter Jennifer Corley filed a request for additional time to file the reporter's record. In the interest of expediting this appeal, we **VACATE** our October 10th order. We **GRANT** Ms. Corley's request to the extent we **ORDER** the reporter's record due **THIRTY DAYS** from the date of this order. *See* TEX. R. APP. P.35.3(c).

We **DIRECT** the Clerk to send copies of this order to the Honorable Jay Adam Bender, Presiding Judge, County Court at Law No. 6; to Jennifer Corley, court reporter of the County Court at Law No. 6; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE